IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03195-RBJ

BRIANNA CAMERON, individually and on behalf of others similarly situated,

    Plaintiff/Counter Defendant,

v.

GOODTIME TOWNE TAVERN, INC.,

    Defendant/Counter Claimant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 31] of Judge R. Brooke Jackson entered on October 30, 2019, it is

ORDERED the motion to enforce the settlement agreement(s) [ECF No. 27] is GRANTED. It is

FURTHER ORDERED the motion to withdraw [ECF No. 30] is DENIED. It is

FURTHER ORDERED that judgment will enter in favor of Brianna Cameron and Georgina Santich, respectively, against Goodtime Towne Tavern, Inc. and Stan Pettengill, jointly and severally, in the amount of $6,483.33 (Cameron) and $5,933.33 (Santich), plus reasonable attorney's fees and costs to be shared by Ms. Cameron and Ms. Santich in the proportionate amounts, if any, that each of them incurred.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 1.59 percent.  It is

FURTHER ORDERED this civil action is closed.


Dated at Denver, Colorado this 30th day of October, 2019.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes
            J. Dynes
            Deputy Clerk